IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LACIE SMITH                                                                                         PLAINTIFF

V.                                                                              CASE NO. 1:15-CV-128-SA-DAS

QUIK LEND, INC.                                                                                  DEFENDANT

AGREED ORDER OF DISMISSAL

THIS CAUSE came on for hearing on the *ore tenus* motion of the plaintiff, Lacie Smith, to voluntarily dismiss with prejudice any and all claims and contentions of liability herein against the defendant, Quik Lend, Inc. d/b/a Approved Cash Advance, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Court, having considered the motion, is of the opinion that the same is well-taken and should be and is hereby granted. All claims and contentions of liability herein against Quik Lend, Inc. d/b/a Approved Cash Advance are hereby dismissed with prejudice with each party to bear its respective costs.

**SO ORDERED on this the 6th day of June, 2016.**

                                                                                **/s/ Sharion Aycock**
                                                                   **UNITED STATES DISTRICT JUDGE**